UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTELL JONES,

     Plaintiff,      Case Number 22-10188
v.               Honorable David M. Lawson
                  Magistrate Judge Kimberly G. Altman
HEIDI WASHINGTON, WARDEN
STEVENSON, SERGEANT SLATER,
OFFICER TROLLA, OFFICER LING,
OFFICER MARTINEZ, OFFICER MILES,
OFFICER HARVEY, NURSE MURRAY,
JOHN DOE #1, and JOHN DOE #2,

     Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION,
GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT, AND GRANTING DEFENDANTS'
MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

   Presently before the Court is the report issued on March 23, 2023 by Magistrate Judge Kimberly G. Altman pursuant to 28 U.S.C. § 636(b), recommending that the Court grant the plaintiff's motion for leave to file an amended complaint and grant a motion to dismiss or for summary judgment filed by defendants Heidi Washington and Warden Stephenson. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

- 2 -

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 42) is **ADOPTED**. The plaintiff's motion for leave to file an amended complaint (ECF No. 28) is **GRANTED**, and the proposed amended complaint submitted with the motion is deemed properly filed. The defendants' motion to dismiss or for summary judgment (ECF No. 25) is **GRANTED**, and all of the plaintiff's claims against defendants Heidi Washington and Warden Stephenson are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that the defendants must respond to the amended complaint **on or before May 12, 2023**.

It is further **ORDERED** that the referral of the case to the assigned magistrate judge for all pretrial proceedings is **CONTINUED**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   April 24, 2023